IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| **Janet Neal,** | Case No.: 3:19-cv-00193-TMR |
| Plaintiff, | Judge Rose |
| v. | **PLAINTIFF'S NOTICE OF PARTIAL VOLUNTARY DISMISSAL OF DEFENDANT UNITED DAIRY FARMERS, INC., ADMINISTRATOR OF EMPLOYEE BENEFITS PLAN, WITHOUT PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)** |
| **United of Omaha Life Insurance Company, et al.,** | |
| Defendant. | |

PLEASE TAKE NOTICE that the Plaintiff, **Janet Neal**, by and through counsel, and pursuant to Rule 41(A) of the Federal Rules of Civil Procedure, hereby dismisses her claims against Defendant, **United Dairy Farmers, Inc., Administrator of Employee Benefits Plan, ONLY,** without prejudice.

Respectfully submitted,

DYER, GAROFALO, MANN & SCHULTZ

John A. Smalley (0029540)
Attorney for Plaintiff
131 N. Ludlow Street, Suite 1400
Dayton, Ohio 45402
(937)223-8888
Fax # (937) 824-8630
jsmalley@dgmslaw.com

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a copy of the foregoing has been served upon all counsel through electronic mail and/or filing this 30th day of July, 2019

Todd A. Brenner, Esq.
Brenner Law Offices
555 Metro Place, Suite 225
Dublin, OH  43017
todd@brennerhubble.com

John A. Smalley (0029540)