UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JANET NEAL, :
　:
　　　　Plaintiff, : Case No. 3:19-cv-193
　:
v. : Judge Thomas M. Rose
　:
UNITED OF OMAHA LIFE INSURANCE :
COMPANY, *et al.*, :
　:
　　　　Defendants. :

---

**ENTRY AND ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION TO STAY CASE (DOC. 8) AND AMENDING PRELIMINARY PRETRIAL SCHEDULING ORDER (DOC. 7)**

---

This case is before the Court on the parties' Joint Motion to Stay Case (Doc. 8). The Court **DENIES** the parties' request for a stay of ninety (90) days in this case. However, the Court amends certain dates set forth in its Preliminary Pretrial Scheduling Order (Doc. 7) that the Court issued on August 16, 2019. The Court highlights that, contrary to the type of briefing schedule set forth in that earlier order (Doc. 7), the schedule below instead calls for simultaneous cross-motions for judgment on the administrative record.

The Preliminary Pretrial Scheduling Order (Doc. 7) is amended with the following dates and deadlines in this case:

1. Administrative Record to be filed on or before: **January 31, 2020**

2. Cross-motions for judgment on the administrative record to be filed on or before: **March 2, 2020**

3. Responses to cross-motions for judgment on the administrative record to be filed on or before: **April 1, 2020**

1

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, October 31, 2019.

>                                 s/Thomas M. Rose
>                                 _____
>                                 THOMAS M. ROSE
>                                 UNITED STATES DISTRICT JUDGE